No. 586. MISSISSIPPI RIVER FUEL CORP. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Richmond C. Coburn, Alan C. Kohn* and *Melvin Richter* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr., Howard E. Shapiro* and *John C. Mason* for the Federal Power Commission, and *James M. Douglas, Richard D. Shewmaker, Harry A. Poth, Jr.* and *Richard M. Merriman* for other respondents.

No. 647. FISHER *v.* NORTH BRANCH PRODUCTS, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert G. Mentag* and *Albert W. Rinehart* for petitioner.

No. 666. DAILEY ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Harry E. McDermott, Jr.* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 233, Misc. GREER *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *B. H. Timmins, Jr.* and *Houghton Brownlee, Jr.,* Assistant Attorneys General, for respondent.

No. 622, Misc. DAWSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.